TODD B. BECKER, ESQ. (SBN 127567)
BRIAN E. SHEAR, ESQ. (SBN 126332)
BECKER LAW GROUP
117 East Colorado Boulevard, Suite 500
Pasadena, California 91105
Tel:(626) 777-7700
Fax:(626) 714-7603

Attorneys for Plaintiffs
BAO HUI CHEN, YING WANG, ANTHONY SMITH,
FRANK SANDOVAL, BALDUR CASTRO,
and JEFF SCHOFFSTALL

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| BAO HUI CHEN, an individual; YING WANG, an individual; ANTHONY SMITH, an individual; FRANK SANDOVAL, an individual; BALDUR CASTRO, an individual; and JEFF SCHOFFSTALL, an individual,<br><br>       Plaintiffs,<br><br>     vs.<br><br>UNITED STATES OF AMERICA, a government entity; and UNITED STATES DEPARTMENT OF THE AIR FORCE, a military department of the Department of Defense, and, DOES 1 through 50, inclusive,<br><br>       Defendants. | CASE NO.:<br><br>**COMPLAINT FOR DAMAGES** |

Plaintiffs BAO HUI CHEN, YING WANG, ANTHONY SMITH, FRANK SANDOVAL, BALDUR CASTRO and JEFF SCHOFFSTALL (hereinafter collectively referred to as "Plaintiffs") file this Complaint against the above-named Defendants and in support thereof allege as follows:

///

///

///

## INTRODUCTION AND STATEMENT OF THE CASE

1.      This is a civil action by Plaintiffs alleging negligence against Defendants United States of America and United States Department of Air Force resulting from the crash of an Air National Guard F-16 fighter aircraft ("F-16 Jet"), manned by a military pilot, into a warehouse of a commercial business just outside of Marsh Air Reserve Base in Moreno Valley, California on May 16, 2019. Plaintiffs are informed and believe, and based thereon allege, that the F-16 Jet was conducting a training mission. Plaintiffs are also informed and believe, and based thereon allege, that Defendants improperly and negligently installed two valves on the F-16 Jet, resulting in damage that caused hydraulic fluid to leak, according to a U.S. Air Force report. The valves were part of a flight-control system that was overhauled in or about January 2019. Plaintiffs are further informed and believe, and based thereon allege, that the military pilot improperly and negligently failed to control the F-16 Jet and then ejected and parachuted to safety, allowing the F-16 Jet to slam into a commercial warehouse, where Plaintiffs were working and were severely injured. Plaintiffs are further informed and believe, and based thereon allege, that live ammunition from the F-16 Jet crashed through the roof of the place of business where Plaintiffs were working.

## PARTIES

2.      At all relevant times herein, Bao Hui Chen was a United States citizen, and a citizen and resident of the State of California.

3.      At all relevant times herein, Ying Wang had a permanent green card and was a citizen and resident of the State of California.

4.      At all relevant times herein, Anthony Smith was a United States citizen, and a citizen and resident of the State of California.

5.      At all relevant times herein, Frank Sandoval was a United States citizen, and a citizen and resident of the State of California.

6.      At all relevant times herein, Baldur Castro was a United States citizen, and a citizen and resident of the State of California.

7.      At all relevant times herein, Jeff Schoffstall was a United States citizen, and a citizen and resident of the State of California.

8.    Defendant United States of America is a government entity organized and existing under the laws of the United States of America and conducting regular business in the State of California, County of Riverside.

9.    Defendant Department of the Air Force is one of three (3) military departments of the United States Department of Defense and is responsible for the administration and operation of the United States Air Force. Plaintiffs are informed and believe, and based thereon allege, that at all times relevant herein the military pilot who improperly and negligently failed to control the F-16 Jet was acting within the course and scope of his employment, work and/or service for the Department of the Air Force and the United States of America and that the pilot was the agent of these Defendants for purposes of the Federal Tort Claims Act, 28 U.S.C. §§ 1346 (b), 2671-2680 (hereinafter "FTCA"), and was acting under the immediate jurisdiction of these Defendants, thereby rendering them liable for the pilot's acts, errors and omissions.

### JURISDICTION, VENUE AND STANDING

10.    This Court's jurisdiction over claims against the United States of America and the Department of the Air Force arises under 28 U.S.C.§§ 1331 (b), 1346 (b) and the FTCA, 28 U.S.C. §§ 2671-2680.

11.    Venue is proper in this district pursuant to 28 U.S.C. §§ 1391 (b) and 1402 (b) because it is a federal district in which a substantial part of the events and omissions giving rise to these claims occurred.

12.    Plaintiffs' claims forms have been submitted and their claims have been perfected under the FTCA, to the extent that such perfection is required. Accordingly, Plaintiffs have the right to sue Defendants.

///

///

///

///

///

///

# FIRST CAUSE OF ACTION

## Negligence (FTCA)

13.    Plaintiffs hereby incorporate herein by reference the allegations contained in Paragraphs 1 through 12, inclusive, of this Complaint as though fully set forth at length herein.

14.    Plaintiffs First Cause of Action is for negligence, and is brought against Defendants United States of America and Department of the Air Force as an action in law pursuant to jurisdiction afforded by the FTCA.

15.    Plaintiffs are informed and believe, and based thereon allege, that Defendants owed a duty of care to Plaintiffs and all civilians to maintain, repair and service their aircraft, including but not limited to the F-16 Jet, in a competent, safe and non-negligent manner so as not to endanger civilians and others. Plaintiffs are further informed and believe, and based thereon allege, that the pilot who manned the F-16 Jet owed a duty of care to Plaintiffs and all civilians to operate his aircraft reasonably and to maintain control of his aircraft in a safe and non-negligent manner so as not to endanger civilians and others.

16.    Defendants breached that duty of care by negligently and recklessly failing to properly maintain, repair and service the F-16 Jet. Plaintiffs are informed and believe, and based thereon allege, that Defendants improperly and negligently installed two valves on the F-16 Jet, resulting in damage that caused hydraulic fluid to leak, according to a U.S. Air Force report. The valves were part of a flight-control system that was overhauled in or about January 2019. Plaintiffs are further informed and believe, and based thereon allege, that the military pilot negligently and carelessly failed to control the F-16 Jet and then ejected and parachuted to safety, negligently and recklessly allowing the F-16 Jet to slam into a commercial warehouse, where Plaintiffs were working and were severely injured. Plaintiffs are further informed and believe, and based thereon allege, that live ammunition from the F-16 Jet crashed through the roof of the place of business where Plaintiffs were working. Defendants are liable for their own negligent and reckless failure to properly maintain, repair and service the F-16 Jet and for the negligent and reckless acts of the military pilot who was operating the F-16 Jet, because he was acting withing the course and scope

of his employment, agency and/or service with Defendants, which are vicariously liable for said negligent and reckless conduct.

17.    Plaintiffs are informed and believe, and based thereon allege, that Defendants' negligent and reckless conduct directly and proximately caused the F-16 Jet to crash into the commercial warehouse, where Plaintiffs were working and directly and proximately caused the personal injuries, pain and suffering and related damages suffered by Plaintiffs.

<b><u>PRAYER FOR RELIEF</u></b>

WHEREFORE, Plaintiffs pray for judgment in their favor and against Defendants, as follows:

1.    For all available general damages (also known as non-economic damages);

2.    For all available special damages (also known as economic damages), including but not limited to, past hospital, medical, professional and incidental expenses and loss of past, present and future earnings according to proof;

3.    For costs of suit and prejudgment interest if awardable by law;

4.    For attorney's fees, if available; and

5.    For such other and further relief as the Court may deem just and proper.

<b><u>DEMAND FOR JURY TRIAL</u></b>

Plaintiffs demand a jury trial pursuant to Rule 38 of the Federal Rules of Civil Procedure and the Seventh Amendment of the United States Constitution, on all causes of action as to all Defendants.

Dated:   May 14, 2021                    BECKER LAW GROUP


                                         Todd B. Becker, Esq.
                                         Attorneys for Plaintiffs
                                         BAO HUI CHEN, YING WANG, ANTHONY
                                         SMITH, FRANK SANDOVAL, BALDUR
                                         CASTRO and JEFF SCHOFFSTALL